UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jeremy Lee Moots                      Docket No. 4:14-CR-22-2BO

### Petition for Action on Supervised Release

COMES NOW Tuell Waters, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jeremy Lee Moots, who, upon an earlier plea of guilty to Possession of Firearm by Felon in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 4, 2014, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Jeremy Lee Moots was released from custody on July 20, 2018, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 5, 2007, the defendant pled guilty in the Superior Court of Pitt County, North Carolina, to two counts of felonious Indecent Liberties With a Child. It is respectfully recommended that the conditions of supervised release be modified to include the search, polygraph, and sex offender treatment conditions in order to have the defendant evaluated to determine if he has any sexual interest in persons under the age of 16. If testing concludes that such an interest exists, further modifications of supervision may be recommended. Additionally, the defendant is currently required by the state of North Carolina to register as a sex offender. Therefore, it is recommended supervision be modified to add a condition requiring the defendant to register as a sex offender. It is further recommended that the substance abuse condition be added in order to address Moots' substance abuse history. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

3. At the direction of the U.S. Probation Officer, the defendant shall submit to physiological testing, which may include, but is not limited to, polygraph examinations or other tests to monitor the defendant's compliance with probation or supervised release and treatment conditions.

4. The defendant shall consent to a warrantless search by a United States probation officer or, at the request of the probation officer, any other law enforcement officer, of his/her, person and premises, including any vehicle, to determine compliance with the conditions, of this judgment.

5. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

6. The defendant shall participate in a sex offender treatment program as directed by the U.S. Probation Officer, and the defendant shall comply with and abide by all the rules, requirements, and conditions of the treatment program until discharged. The defendant shall take medication as prescribed by the treatment provider.

7. The defendant shall not associate or have verbal, written, telephonic, or electronic communications with any person under the age of eighteen (18), except: (1) in the presence of the parent or legal guardian of said minor; (2) on the condition that the defendant notifies the parent or legal guardian of the defendant's conviction or prior history; and (3) with specific, written approval from the U.S. Probation Officer. This provision does not encompass persons under the age of eighteen with whom the defendant must deal in order to obtain ordinary and usual commercial services (e.g., waiters, cashiers, ticket vendors, etc.).

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Tuell Waters<br>Tuell Waters<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2344<br>Executed On: August 10, 2018 |

## ORDER OF THE COURT

Considered and ordered this __10__ day of __August__, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge